**DISMISS; Opinion issued May 8, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00507-CR**

**TERRY CLARK SHELTON, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F09-20518-U**

## MEMORANDUM OPINION

Before Justices Moseley, Bridges, and Lang-Miers
Opinion by Justice Bridges

Terry Clark Shelton was convicted of aggravated robbery. Punishment, enhanced by two prior felony convictions, was assessed at fifty years' imprisonment, and was imposed in open court on November 5, 2010. On February 20, 2013, appellant filed a motion in the trial court seeking a free copy of the record for his case. It does not appear the trial court ruled on appellant's motion, but appellant filed a notice of appeal on March 29, 2012.

Absent a judgment of conviction or appealable order, the Court has no jurisdiction over an appeal. *See Nikrasch v. State*, 698 S.W.2d 443, 450 (Tex. App.—Dallas ). Moreover, an order denying appellant a copy of the record is not an appealable order. *See Wright v. State*, 969 S.W.2d 588, 589–90 (Tex. App.—Dallas 1998, no pet.).

We dismiss the appeal for want of jurisdiction.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
130507F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

TERRY CLARK SHELTON, Appellant

No. 05-13-00507-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District Court, Dallas County, Texas
Trial Court Cause No. F09-20518-U.
Opinion delivered by Justice Bridges, Justices Moseley and Lang-Miers participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered May 8, 2013.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE